```
 1 │ David V. Balakian, SBN 166749                FILED
   │ BALAKIAN LAW OFFICES
 2 │ 455 West Shaw Avenue
   │ Fresno, CA 93704                             2005 AUG -3  P 2: 50
 3 │ Tel. (559) 495-1558
   │ Fax. (559) 248-8491                          CLERK, US DIST. COURT
 4 │                                              EASTERN DIST. OF CALIF
   │ Attorney for Defendant, IGNACIO MEDRANO-SANCHEZ   AT FRESNO
 5 │                                              BY_____
   │                                                    DEPUTY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CRF 03-5237 OWW |
|---|---|---|
| Plaintiff, | ) | EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER THEREON |
| vs. | ) | |
| IGNACIO MEDRANO-SANCHEZ, | ) | |
| Defendant. | ) | |

Defendant, IGNACIO MEDRANO-SANCHEZ, by and through his attorney of record, David Balakian, hereby requests an order exonerating bond in this action.

A property bond was posted pending disposition of this case. On May 9, 2005, sentence was imposed, whereby Defendant was committed to the Bureau Of Prisons. The defendant was ordered to self surrender on June 20, 2005. Defendant did surrender himself to the Bureau Of Prisons on that date and is presently in custody.

Accordingly, exoneration of bond is requested.

DATE: July 23, 2005.                    Respectfully submitted,


                                        /s/ DAVID BALAKIAN
                                        David V. Balakian,
                                        Attorney for Defendant,
                                        IGNACIO MEDRANO-SANCHEZ

**ORDER**

It appearing that defendant has been remanded into custody in case number CR-F-03-5237 OWW, bail is hereby ordered exonerated.

8-2-05

OLIVER W. WANGER, Judge
United States District Court
Eastern District Of California